```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUAN ORTEGA, on behalf of himself and
All others similarly situated,

                        Plaintiff,             21-CV-10740 (AJN) (KHP)

          -against-                 **ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

SOUND UNITED, LLC,
                        Defendant.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on March 24, 2022 (doc. no 18) the Initial Case Management Conference currently scheduled for **May 31, 2022** is hereby adjourned *sine die*.

    SO ORDERED.

DATED:    New York, New York
               March 25, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge